# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MANETIRONY CLERVRAIN, et al.,

    Plaintiffs,

v.                                    Case No: 5:22-cv-146-GAP-PRL

JEANETTE NUNEZ,
et al.,

    Defendants.

## ORDER

This cause comes before the Court on Plaintiffs' Complaint (Doc. 1) filed March 14, 2022, and the contemporaneously-filed application to proceed *in forma pauperis* (Doc. 2)..

On March 31, 2022, the United States Magistrate Judge issued a report (Doc. 15) recommending that the application be denied and the Complaint be dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**.

4. All other pending motions are **DENIED as moot**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party